**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REPUBLIC STEEL, | ) | CASE NO: 5:24-CV-01942 |
| | ) | |
| | ) | |
| Plaintiff, | ) | JUDGE JOHN ADAMS |
| | ) | |
| v. | ) | **MEMORANDUM OF OPINION** |
| | ) | **AND ORDER** |
| CMC IMPACT METALS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter was before the Court for a Case Management Scheduling conference on November 6, 2025. Doc. 21.  At that time, the Court set an initial 60-day discovery period, permitting the parties to take no more than Three (3) depositions per side and conduct paper discovery.  Doc. 21.  The parties were further instructed to file status reports on or before January 26, 2026 apprising the Court of the state of the matter and then the Court would assess any appropriate future dates.  Id.

On January 26, 2026, the parties filed a joint status report, noting that paper discovery had concluded, but that despite the Court's set deadline, the parties agreed to conduct depositions the week of February 16, 2026. Doc. 23.  The parties indicated that after they completed the depositions, they would submit a follow-up status report upon the to apprise the Court of the status of the case. Doc. 23. To date, the parties have failed to file a status report or otherwise communicate with the Court.

Accordingly, the matter is set for a continued case management conference on July 8, 2026 at 2:30 pm in Courtroom 575. All parties and counsel shall attend. The parties shall file an updated Report of Parties Planning meeting no later than 3 business days before the

continued CMC. This report should also include information on the discovery completed thus far, including when it was completed, provide details on any discovery the parties believe to be outstanding, and propose final dates for discovery and motion practice.

IT IS SO ORDERED.


June 22, 2026                                        /s/ Judge John R. Adams
**Date**                                              JUDGE JOHN R. ADAMS
                                                      UNITED STATES DISTRICT COURT